Case 3:25-cv-00072   Document 14   Filed on 04/30/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
April 30, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ARROYO UTILITY AND CONCRETE, LLC, § § § | |
| Plaintiff, § § | |
| VS. § § | 3:25-cv-72 |
| RLI INSURANCE COMPANY, *et al.*, § § | |
| Defendants. § | |

# ORDER

Before the court is RLI Insurance Company's motion to dismiss, to which the plaintiff has not responded. Dkt. 11. RLI argues dismissal is proper because, *inter alia*, a licensed attorney has not appeared on behalf of the plaintiff limited-liability company. *Id.* at 4–5; *see, e.g.*, *Memon v. Allied Domecq QSR*, 385 F.3d 871, 873 (5th Cir. 2004) (holding dismissal is warranted when corporate entity is unrepresented by licensed counsel); *Precision Builders, Inc. v. Olympic Grp., L.L.C.*, 642 F. App'x 395, 397 (5th Cir. 2016) ("[B]usiness associations may appear in federal court only through a licensed attorney.").

Indeed, the court has already (1) admonished the plaintiff that it cannot proceed without a licensed attorney and (2) ordered it to by April 4,

2025, retain counsel and explain why this case should not be dismissed for want of prosecution. Dkt. 9; *Memon*, 385 F.3d at 873 n.5. The plaintiff has failed to comply with the court's order. Accordingly, the court dismisses this case without prejudice. Fed. R. Civ. P. 41(b); *Memon*, 385 F.3d at 873 n.4, 5.

Signed on Galveston Island this 30th day of April, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE